## MOTION DOCKET

**95–675, 95–677, 95–686 and 95–843.** State ex rel. Cincinnati Enquirer v. Hamilton Cty. In Mandamus. In our opinion in this cause dated March 6, 1996, we stated, *sua sponte*, 75 Ohio St.3d 374, at 379–380, 662 N.E.2d 334, at 338–339:

" * * * Relators' counsel are instructed to submit bills and documentation in support of their requests for attorney fees, in accordance with the guidelines in DR 2–106."

It appearing that relators had not requested attorney fees and that relators do not intend to submit documentation of such fees, the court strikes the above order granting relators leave to submit bills and documentation.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

STRATTON, J., not participating.

**95–2051.** State ex rel. Smith v. McGraw–Edison Co. In Mandamus. On motion to expedite. Motion denied; *sua sponte*, oral argument denied.

DOUGLAS, J., would deny the motion to expedite but grant an alternative writ.

**95–2066.** DeRolph v. State. *Perry County*, No. CA–477. On motion to expedite date of oral argument. Motion denied.

COOK, J., would grant the motion to expedite.

**95–2193.** State ex rel. Moody v. Ohio State Univ. In Mandamus. On motion to advance case on docket. Motion denied; *sua sponte*, oral argument denied.

DOUGLAS, J., would deny the motion to advance but grant an alternative writ.

**95–2285.** Keycorp Mtge., Inc. v. Shimp. *Portage County*, No. 94–P–0073. On motion for stay of execution of sheriff's sale. Motion denied.

RESNICK, J., not participating.

**95–2379.** State v. Twyford. *Jefferson County*, No. 93–J–13. On motion for stay of execution and on motion to strike. Motions denied.

**95–2572.** State v. Williams. *Summit County*, No. 16418. On motion to withdraw as counsel. Motion denied.

On motion for leave to file merit brief and to designate due date. Motion granted and brief must be filed on or before June 28, 1996.